12-4514-cv
Freidus v. ING

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

**SUMMARY ORDER**

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York on the 5th day of May, two thousand fifteen.

Present:       ROSEMARY S. POOLER,
               REENA RAGGI,
               RICHARD C. WESLEY,
                         *Circuit Judges.*

_____

MARSHALL FREIDUS AND RAY RAGAN INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

                         *Plaintiffs - Appellants*,

BELMONT HOLDINGS CORP.,

                         *Movant - Appellant*,

EDWARD P. ZEMPRELLI, INDIVIDUALLY AND ON BEHALF
OF ALL OTHERS SIMILARLY SITUATED,

                         *Plaintiff*,

             -v-                                    12-4514-cv

ING GROEP, N.V., ING FINANCIAL HOLDINGS CORPORATION,
ING FINANCIAL MARKETS LLC, UBS SECURITIES LLC,
CITIGROUP GLOBAL MARKETS INC., MERRILL LYNCH,
PIERCE, FENNER & SMITH INCORPORATED, WACHOVIA CAPITAL
MARKETS, LLC, MORGAN STANLEY & CO. LLC, BANC OF
AMERICA SECURITIES LLC, RBC CAPITAL MARKETS CORPORATION,
CREDIT SUISSE SECURITIES (USA) LLC, HSBC SECURITIES (USA) INC.,
J.P. MORGAN SECURITIES INC., HUIB J. BLAISSE, ERIC F. BOYER DE
LA GIRODAY, PAUL M.L. FRENTROP, ALEXANDER H.G. RINNOOY

KAN, A.H.J. RISSEEUW, STICHTING ING AANDELEN, J. HANS VAN BARNEVELD, JAN J.M. VERAART, HANS K. VERKOREN, ELI P. LEENAARS, TOM REGTUIJT, MICHEL J. TILMANT, CEES MAAS, ABN AMRO INCORPORATED, A.G. EDWARDS & SONS, INC.,

*Defendants-Appellees*,

WACHOVIA CORPORATION, ERNST & YOUNG LLP,

*Defendants*.

_____

| | |
|---|---|
| Appearing for Appellants: | Steven F. Hubachek, Robbins Geller Rudman & Dowd LLP, San Diego, CA (Eric Alan Isaacson, Andrew J. Brown; Deborah R. Gross, Law Offices of Bernard M. Gross, PC, Philadelphia, PA, *on the brief*). |
| Appearing for Appellees: | Mitchell A. Lowenthal, Cleary Gottlieb Steen & Hamilton LLP, New York, N.Y. (Jared M. Gerber, Danielle J. Levine, Michelle J. Parthum, *on the brief*), *for the ING Defendants-Appellees*; Adam S. Hakki, Shearman & Sterling LLP, New York, N.Y. (Christopher R. Fenton, *on the brief*), *for the Underwriter Defendants-Appellees*. |

**ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of said District Court be and it hereby is **VACATED** in part and **AFFIRMED** in part.

After our decision in *Freidus v. ING Groep, N.V.*, 543 F. App'x 93 (2d Cir. 2013), Plaintiffs-Appellants Marshall Freidus, and Ray Ragan, and Movant-Appellant Belmont Holdings Corporation, on behalf of themselves and all others similarly situated, petitioned the Supreme Court for a writ of certiorari. The Supreme Court granted the writ of certiorari, vacated the decision of this Court and remanded for "further consideration in light of *Omnicare, Inc. v. Laborers Dist. Council Constr. Industry Pension Fund*, 575 U.S. – (2015)." *See Freidus v. ING Groep, N.V.*, 2015 WL 1400851 (U.S. March 30, 2015).

We now VACATE that part of the judgment of the district court as pertains to the September 2007 securities offering and REMAND for further proceedings consistent with the opinion of the Supreme Court. We AFFIRM the district court's judgment in all other respects.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

2